# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| David Grant Gillham,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Veterans Affairs,<br><br>Defendant. | Case No. 2:23-cv-01543-RFB-DJA<br><br>**Order** |

Before the Court is Federal Defendant United States Department of Veterans Affairs' motion to extend time to answer pro se Plaintiff David Grant Gillham's complaint. (ECF No. 22). Plaintiff has not responded to the motion, constituting his consent to the Court granting it. LR 7-2(d).[1]  So, the Court grants the motion.

**IT IS THEREFORE ORDERED** that Federal Defendant's motion to extend time (ECF No. 22) is **granted.** Federal Defendant shall have until September 11, 2025, to respond to the complaint. The Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

DATED: August 29, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/