1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3  VIRGINIA T. TOMOVA
   Assistant United States Attorney
4  Nevada Bar No. 12504
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Virginia.Tomova@usdoj.gov
   *Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| David Grant Gillham,<br><br>              Plaintiff,<br><br>v.<br><br>United States Department of Veterans Affairs.<br><br>              Defendant. | Case No. 2:23-cv-01543-RFB-DJA<br><br>**Stipulation and Order for Extension of Time to Answer Plaintiff's Complaint (ECF No. 1)**<br><br>**(Second Request)** |

      Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff David Grant Gillham, and Federal Defendant United States Department of Veterans Affairs (through undersigned counsel), hereby stipulate and agree as follows:

      Plaintiff served summons and complaint on Federal Defendant via USPS certified mail on June 13, 2025. ECF No. 21.

      The current deadline for Federal Defendant to respond to Plaintiff's Complaint is September 11, 2025. ECF No. 23.

      On September 11, 2025, Plaintiff and undersigned counsel for Federal Defendant agreed to a 14-day extension of time for Federal Defendant to answer the complaint, to accommodate undersigned AUSA's heavy workload and specifically the significant influx of high priority habeas cases requiring immediate attention. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation to a 14-day extension from September 11, 2025, to **September 25, 2025**, for Federal Defendants to file a response to Plaintiff's Complaint. This is Federal Defendants' second request for an extension of time to respond to Plaintiff's Complaint. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 11th day of September 2025.

| | |
|---|---|
| */s/ David Grant Gillham*<br>DAVID GRANT GILLHAM<br>5250 S. Rainbow Blvd.<br>Las Vegas, NV 89118<br>Grant.Gillham@gmail.com<br><br>*Plaintiff Pro Se* | SIGAL CHATTAH<br>Acting United States Attorney<br><br>*/s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendant* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/12/2025