SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| David Grant Gillham,<br><br>            Plaintiff,<br><br>v.<br><br>United States Department of Veterans Affairs.<br><br>            Defendant. | Case No. 2:23-cv-01543-RFB-DJA<br><br>**Stipulation and Order for Extension of Time to Answer Plaintiff's Complaint (ECF No. 1)**<br><br>**(Third Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff David Grant Gillham, and Federal Defendant United States Department of Veterans Affairs (through undersigned counsel), hereby stipulate and agree as follows:

Plaintiff served summons and complaint on Federal Defendant via USPS certified mail on June 13, 2025. ECF No. 21.

The current deadline for Federal Defendant to file a response to Plaintiff's Complaint is September 25, 2025. ECF No. 25.

On September 25, 2025, Plaintiff and undersigned counsel for Federal Defendant agreed to extend the time for Federal Defendant to file a response to the complaint to **October 17, 2025**. Plaintiff and undersigned counsel have scheduled a meet and confer for October 10, 2025, in which they hope they may be able to agree to a resolution of this case which would remove the need for further litigation. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, Plaintiff and Federal Defendant, through undersigned counsel, submit this stipulation to an extension from September 25, 2025, to **October 17, 2025**, for Federal Defendants to file a response to Plaintiff's Complaint. This is Federal Defendants' third request for an extension of time to respond to Plaintiff's Complaint. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 25th day of September 2025.

| | |
|---|---|
| */s/ David Grant Gillham*<br>DAVID GRANT GILLHAM<br>5250 S. Rainbow Blvd.<br>Las Vegas, NV 89118<br>Grant.Gillham@gmail.com<br><br>*Plaintiff Pro Se* | SIGAL CHATTAH<br>Acting United States Attorney<br><br>*/s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendant* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/29/2025