TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| David Grant Gillham, <br><br> Plaintiff, <br><br> v. <br><br> United States Department of Veterans Affairs. <br><br> Defendant. | Case No. 2:23-cv-01543-RFB-DJA <br><br> **Stipulation and Order for Extension of Time to Answer Plaintiff's Complaint (ECF No. 1)** <br><br> **(Fourth Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, *pro se* Plaintiff David Grant Gillham, and Federal Defendant United States Department of Veterans Affairs (through undersigned counsel), hereby stipulate and agree as follows:

1. Plaintiff served summons and complaint on Federal Defendant via USPS certified mail on June 13, 2025. ECF No. 21.

2. By stipulation and order, Federal's Defendant's response to Plaintiff's Complaint was due on October 17, 2025. ECF No. 27.

3. By Judge Gordon's General Order 2025-07, "all filing and discovery deadlines imposed upon the United States, any of its federal agencies, and any of its officers or employees, are extended by the number of days equal to the length (in days) of the lapse of appropriations plus ten days[.]" *See* Gen. Order 2025-07 at 1:18-20.

1  Accordingly, that October 17, 2025, response deadline is extended by the forty-three (43) day length of the lapse in government appropriations plus ten (10) days, which would be December 9, 2025.

4.  The parties now stipulate and agree to extend the time for Federal Defendant to file its response from December 9, 2025, up to and including January 8, 2026.

The extension is necessary because during the lapse in appropriations, one AUSA departed the United States Attorney's Office and another AUSA went on extended leave, leaving undersigned AUSA as one of two full-time civil defensive AUSAs and requiring she take on numerous additional cases. Undersigned AUSA has also needed to prioritize answering and responding to habeas immigration cases, which have been regularly served upon the United States Attorney's Office in high volume since August.

This is the fourth request to extend the time for Federal Defendant to response to Plaintiff's Complaint. This stipulated request is brought in good faith and not for the purposes of undue delay.

Respectfully submitted this 25th day of November 2025.

| | |
|---|---|
| */s/ David Grant Gillham*<br>DAVID GRANT GILLHAM<br>5250 S. Rainbow Blvd.<br>Las Vegas, NV 89118<br>Grant.Gillham@gmail.com<br><br>*Plaintiff Pro Se* | SIGAL CHATTAH<br>First Assistant U.S. Attorney<br>*/s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for Federal Defendant* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/1/2025

2