TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| David Grant Gillham,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>United States Department of Veterans Affairs.<br><br>　　　　　　Defendant. | Case No. 2:23-cv-01543-RFB-DJA<br><br>**Stipulation and Order for Extension of Time to Answer Plaintiff's Complaint (ECF No. 1)**<br><br>**(Fifth Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, *pro se* Plaintiff David Grant Gillham, and Federal Defendant United States Department of Veterans Affairs (through undersigned counsel), hereby stipulate and agree as follows:

　　1.　Plaintiff served summons and complaint on Federal Defendant via USPS certified mail on June 13, 2025. ECF No. 21.

　　2.　By stipulation and order, Federal's Defendant's response to Plaintiff's Complaint is currently due on January 8, 2026. ECF No. 30.

　　3.　The parties now stipulate and agree to extend the time for Federal Defendant to file its response from January 8, 2026, up to and including February 27, 2026.

　　The extension is necessary because undersigned AUSA is one of two full-time civil defensive AUSAs and has needed to prioritize answering and responding to habeas

immigration cases, which have been regularly served upon the United States Attorney's Office in high volume since August. Additional staffing shortages in December for holidays and illness have further compounded this workload, as will undersigned AUSA's upcoming leave in January. The USAO anticipates bringing in new hires in January who can reduce undersigned AUSA's workload and allow for the requisite attention to be given to Plaintiff's complaint.

      This is the fifth request to extend the time for Federal Defendant to respond to Plaintiff's Complaint. This stipulated request is brought in good faith and not for the purposes of undue delay.

      Respectfully submitted this 31st day of December 2025.

| | |
|---|---|
| */s/ David Grant Gillham*<br>DAVID GRANT GILLHAM<br>5250 S. Rainbow Blvd.<br>Las Vegas, NV 89118<br>Grant.Gillham@gmail.com<br><br>*Plaintiff Pro Se* | SIGAL CHATTAH<br>First Assistant U.S. Attorney<br><br>*/s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>*Attorneys for Federal Defendant* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/5/2026