TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| David Grant Gillham,<br><br>                    Plaintiff,<br><br>          v.<br><br>The United States Department of Veterans<br>Affairs,<br><br>                    Defendant. | Case No. 2:23-cv-01543-RFB-DJA<br><br>**Stipulation and Order to Dismiss With Prejudice** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), *Pro Se* Plaintiff David Grant Gillham, and Federal Defendant United States of Veterans Affairs (through undersigned counsel), hereby stipulate, subject to this Court's approval, to the dismissal of this action (with prejudice).

/ / /

/ / /

/ / /

/ / /

The parties further stipulate that each party shall bear their own legal fees and costs.

Respectfully submitted this 29th day of April 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ David Grant Gillham*              */s/ James R. Sweetin*
DAVID GRANT GILLHAM            SWEETIN R. JAMES
5250 S. Rainbow Blvd                  Assistant United States Attorney
Unit 201a
Las Vegas, Nevada 89118            *Attorneys for the United States*

*Pro Se Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 30, 2026.

2